06/05

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Jose PUENTE-Lara<br>AKA: None Known<br>070452888<br>YOB 1971<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 12-1610M<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a),<br>enhanced by (b)(1) Re-entry After Removal |

The undersigned complainant being duly sworn

COUNT I

That on or about June 05, 2012 Defendant Jose PUENTE-Lara, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of San Ysidro, California, on or about December 03, 2010. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

AUSA mj

Signature of Complainant
for Ana C. Juarez
Border Patrol Agent

Sworn to before me and subscribed in my presence,

June 06, 2012             at    Yuma, Arizona
                                City and State

James F. Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA
Vs.
Jose PUENTE-Lara
AKA : None Known
070452888

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about June 05, 2012, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant was a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined that on or about December 03, 2010, the Defendant had been removed from the United States through the port of San Ysidro, California, subsequent to a conviction in a Superior Court, State of California, County of Yolo, on or about May 02, 1995, for the crime of Receive/ETC Known Stolen Property, a felony.

Agents determined that on or about June 05, 2012, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

____June 06, 2012____   _____
Date                    Signature of Judicial Officer